# U.S. District Court
## Northern District of Iowa (Eastern Waterloo)
## CRIMINAL DOCKET FOR CASE #: 6:11-cr-02039-CLK-MAR-1

Case title: USA v. Strain                                 Date Filed: 10/19/2011

**Interested Party**

US Probation                              represented by **uspNotify**
                                                         Email: poecm@ianp.uscourts.gov
                                                         *ATTORNEY TO BE NOTICED*

Assigned to: Clerk
Referred to: Magistrate Judge Mark A Roberts

### Defendant (1)

**Michael Duane Strain**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1), 924(a)(2) and 924(e) POSSESSION OF FIREARM AS A FELON (1) | |
| 18:922(g)(1), 924(a)(2) and 924(e)(1) POSSESSION OF FIREARMS AS A FELON (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA            represented by    **Justin Lightfoot**
US Attorney's Office
Northern District of Iowa
111 Seventh Avenue, S.E.
Box 1
***ECF
Cedar Rapids, IA 52401
319 363 6333
Email: justin.lightfoot@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2011 | | Judge update in case as to Michael Duane Strain. Chief Judge Linda R Reade and Magistrate Judge Jon S Scoles added. (Conflicts checked as to parties/AUSA Lightfoot; none found) (pac) (Entered: 10/20/2011) |
| 10/19/2011 | 2 | SEALED Indictment as to Michael Duane Strain (1) count(s) 1, 2. (Attachments: # 1 Unredacted Indictment) (USA, USP, USM) (pac) (Entered: 10/20/2011) |
| 10/19/2011 | 4 | ORDER Sealing Indictment and Arrest Warrant as to Defendant Michael Duane Strain. Signed by Magistrate Judge Jon S Scoles on 10/19/2011. (USA, USM, USP) (pac) (Entered: 10/20/2011) |
| 11/29/2012 | | Judge update in case as to Michael Duane Strain. Clerk added. Chief Judge Linda R Reade no longer assigned to case. (Action taken pursuant to Defendant being in fugitive status for more than 1 year) (pac) (Entered: 11/29/2012) |
| 12/20/2016 | | Judge update in case as to Michael Duane Strain. Magistrate Judge CJ Williams added. Chief Magistrate Judge Jon S Scoles no longer assigned to case. (Conflicts list reviewed; none found) (pac) (Entered: 12/20/2016) |
| 09/13/2018 | | Judge update in case as to Michael Duane Strain. Magistrate Judge Mark A Roberts added. Judge CJ Williams-M no longer assigned to case. Conflicts checked; none found. (skm) (Entered: 09/13/2018) |
| 07/05/2019 | | Case and Indictment unsealed as to Defendant Michael Duane Strain pursuant to Defendant's arrest and appearance in District of Montana. (skm) (Entered: 07/05/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2019 14:31:38 | | | |
| PACER Login: | ud2063:4283572:0 | Client Code: | |

| Description: | Docket Report | Search Criteria: | 6:11-cr-02039-CLK-MAR |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL DUANE STRAIN,<br><br>  Defendant. | No. CR 11-2039<br><br>**Count 1**<br>18 U.S.C. § 922(g)(1)<br>(Possession of Firearm as a Felon)<br><br>**Count 2**<br>18 U.S.C. § 922(g)(1)<br>(Possession of Firearms as a Felon) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 27, 2010, in the Northern District of Iowa, the defendant, MICHAEL DUANE STRAIN, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

> On or about June 12, 2001, defendant was convicted in Minnesota District Court for Goodhue County, Case No. K5-01-631, of fleeing a peace officer in a motor vehicle (M.S. 609.487).

> On or about February 12, 2002, defendant was convicted in Minnesota District Court for Goodhue County, Case No. K7-01-1232, of possession of an explosive device (M.S. 609.688).

> On or about February 9, 2004, defendant was convicted in Minnesota District Court for Aitkin County, Case No. 01-K6-03-00025, of possession of a short barrel shotgun (M.S. 609.67.2).

did knowingly possess in and affecting interstate commerce, a firearm, that is, a Marlin model 80 .22 caliber rifle bearing serial number 68187805.

This was a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e).

## COUNT 2

On or about July 29, 2011, in the Northern District of Iowa, the defendant, MICHAEL DUANE STRAIN, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

> On or about June 12, 2001, defendant was convicted in Minnesota District Court for Goodhue County, Case No. K5-01-631, of fleeing a peace officer in a motor vehicle (M.S. 609.487).
>
> On or about February 12, 2002, defendant was convicted in Minnesota District Court for Goodhue County, Case No. K7-01-1232, of possession of an explosive device (M.S. 609.688).
>
> On or about February 9, 2004, defendant was convicted in Minnesota District Court for Aitkin County, Case No. 01-K6-03-00025, of possession of a short barrel shotgun (M.S. 609.67.2).

did knowingly possess in and affecting interstate commerce, firearms, to wit:

(1) a RG Industries RG 31 .38 caliber revolver, serial number Q189691;

(2) a Remington 870 firearm without a barrel and with the stock cut off, serial number 1265989V;

(3) a Remington 870 12 gauge shotgun, serial number D283659M;

(4) a Remington 870 12 gauge shotgun, serial number T626403V;

(5) a Ruger GP100 357 magnum revolver, serial number 171-91565;

(6) a Mosin-Nagant M91/30 7.62x54r, serial number 9130049670;

(7) a Mossberg CC660 12 gauge shotgun, serial number J817559, with an approximate barrel length of 17 3/4 inches and an approximate overall length of 27 3/4 inches;

(8) a Lakefield 93 M .22 caliber rifle, serial number 903747;

(9) a Savage 24 combination .223 rifle/12 gauge shotgun, serial number F080514;

(10) a Norinco 98 12 gauge shotgun, serial number 0027649;

(11)  a Smith & Wesson SW40C .40 caliber pistol, serial number PAK2720;

(12)  a AR-7 Explorer .22 caliber rifle, serial number D010179;

(13)  a Ruger Security Six .357 revolver, serial number 158-82461;

This was a violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e)(1).

A TRUE BILL
/s/Foreman

_____
Foreman

_Oct. 19, 2011_
Date

United States Attorney
STEPHANIE M. ROSE

_____
JUSTIN LIGHTFOOT
Special Assistant United States Attorney

-3-

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v | ) | |
| | ) | Case No CR 11-2039 |
| MICHAEL DUANE STRAIN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL DUANE STRAIN, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of firearm as a felon, in violation of Title 18, United States Code, Section 922(g)(1) ; and possession of firearms as a felon, in violation of Title 18, United States Code, Section 922(g)(1)

Date: October 19, 2011

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Jon Stuart Scoles, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |